IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Eileen L. Zell, | : | |
| Plaintiff | : | Civil Action 2:13-cv-0458 |
| v. | : | Judge Marbley |
| Katherine M. Klingelhafer, *et al.*, | : | Magistrate Judge Abel |
| Defendants | : | |

# ORDER

Plaintiff Eileen L. Zell's March 25 ,2014 motion for reconsideration of the Order granting defendants' motion for a status conference for striking the notice of withdrawal of plaintiff's counsel (doc. 54) is GRANTED. Because plaintiff Eileen L. Zell has clearly expressed her intent to represent herself, a telephone status conference is not necessary at this time.

s/Mark R. Abel<br>
United States Magistrate Judge